■ In the Matter of the Adoption of McKAYLA. JAMIE B. et al., Respondents; MARTIN U., Appellant. (Appeal No. 1.) [864 NYS2d 346]—Appeal from an order of the Family Court, Niagara County (David E. Seaman, J.), entered December 27, 2007. The order granted the adoption petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Martoche, J.P., Smith, Lunn, Pine and Gorski, JJ.

■ In the Matter of the Adoption of McKAYLA. JAMIE B. et al., Respondents; MARTIN U., Appellant. (Appeal No. 2.) [864 NYS2d 345]—Appeal from an order of the Family Court, Niagara County (David E. Seaman, J.), entered December 27, 2007. The order denied respondent's motion for leave to reargue.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Wayne T.I. v Latisha T.C.,* 48 AD3d 1165 [2008]). Present—Martoche, J.P., Smith, Lunn, Pine and Gorski, JJ.